## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| # United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Matthew John Krchmar**<br>DOB: 1986; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-08556MJ |

| Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 24, 2026, in the District of Arizona, **Matthew John Krchmar**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, one (1) Palmetto State Armory 9mm pistol, said firearm being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On February 24, 2026, Tucson Police Department (TPD) officers conducted proactive patrol and enforcement around E. Fort Lowell Road/N. Country Club Road. Officers conducted a records check on a white 2006 Lexus GS 4-door sedan (Temporary AZ Plate 56534ER) parked at 3055 E. Fort Lowell Road (Circle K). A records check showed the vehicle did not have valid registration.

Officers conducted a traffic stop on the vehicle. **Matthew John KRCHMAR** was seated in the driver's seat. An adult male was seated in the front passenger seat, and an adult woman was seated in the rear passenger seat. Officers observed a piece of wadded-up tin foil with brown burn mark trails in plain view inside an open bag. Officers identified the piece of wadded-up tin foil with brown burn mark trails as drug paraphernalia commonly used to consume fentanyl. Officers had the three occupants exit the vehicle. In plain view, officers located straws with burnt ends and residue in the backseat.

Officers conducted a probable cause search of the vehicle and located a Palmetto State Armory 9mm pistol with threaded barrel with one (1) 9mm round in the chamber and one (1) magazine containing 18 rounds of 9mm ammunition inserted in the firearm. Additionally, three (3) Glock magazines were recovered with one (1) magazine containing 18 rounds of 9mm ammunition, one (1) magazine containing 10 rounds of 9mm ammunition, and one (1) magazine containing 15 rounds of 9mm ammunition, a suspected firearm suppressor, and a firearm compressor. In the trunk with these items, officers also found Pima Animal Control paperwork containing **KRCHMAR's** name and dated December 29, 2025. There was also a handgun holster in the back pocket of the passenger seat.

After waiving his *Miranda* rights, **KRCHMAR** told Officers the vehicle belonged to his friend in jail and most of the items inside the vehicle belonged to that friend. **KRCHMAR** denied using narcotics and denied any firearms being in the vehicle because he was a convicted felon. **KRCHMAR** was told about the firearm being found in the trunk. **KRCHMAR** denied

**(BASIS OF COMPLAINT CONTINUED ON REVERSE)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *S. Houston* | SIGNATURE OF COMPLAINANT<br>*Daryl B Williamson Jr*<br>OFFICIAL TITLE<br>ATF TFO/TPD Detective Daryl Williamson |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 27, 2026 |

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT CONTINUED)**                                    **26-08556MJ**

knowledge of the firearm and denied the firearm belonging to anyone in the vehicle. When asked if he had ever opened the trunk of the vehicle, **KRCHMAR** stated "I don't know how to answer that." When he was asked about the paperwork in the trunk with his name on it, **KRCHMAR** acknowledged that his mail would be in there.

A law enforcement records check was conducted on **KRCHMAR,** which revealed the following prior felony convictions in the Pima County Superior Court: (1) Misconduct Involving Weapons dated February 2, 2010, in case number CR 2009-3296-001 for which he was sentenced to five months prison; and (2) Misconduct Involving Weapons dated February 2, 2010, in case number CR 2029-3246-001 for which he was sentenced to five years prison. These felony offenses are punishable by imprisonment greater than one year. **KRCHMAR** has not had his right to possess firearms restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined that the Palmetto State Armory 9mm pistol was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.